PITTMAN, Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(C), Ala.R.App. P.; Ex parte Farm, 810 So.2d 631, 633 (Ala.2001); Ex parte Paironas, 693 So.2d 473, 475 (Ala.1997); Ex parte Bryowsky, 676 So.2d 1322, 1324 (Ala.1996); Ex parte McLendon, 455 So.2d 863 (Ala.1984); C.B.B. v. J.S.D., 831 So.2d 620, 621-22 (Ala.Civ.App.2002); and Scholl v. Parsons, 655 So.2d 1060, 1062 (Ala.Civ.App.1995).
The appellee’s request for an award of attorney fees on appeal is granted in the amount of $2,500.
CRAWLEY, P.J., and THOMPSON and BRYAN, JJ., concur.
MURDOCK, J., concurs specially.